**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:

NICHOLAS FAHD FARHOOD,                       CASE NO. 12-30941-KKS
dba CAMEO CUSTOM HOMES,
dba JEWELS BY FAR                                   Chapter 7

       Debtor.

_____

## ORDER GRANTING APPLICATION FOR RULE 2004 EXAMINATION

UPON consideration of the Application by Claimant, Kevin Clements, pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure, for the examination of and production of documents from the Debtor, Nicholas Fahd Farhood, and pursuant to counsel for Claimant's representation that Debtor's counsel has consented to the Examination, and good cause appearing therefor,

IT IS ORDERED that pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure, an examination of the Debtor shall take place at 9:00 a.m. on September 17, 2012, before an official court reporter at the offices of Cindy Law Court Reporting, LLC, located at 217 East Intendencia Street, Pensacola, FL, 32501. The Debtor shall produce the documents set forth in Exhibit "A" attached hereto at said date, time, and place.

Counsel for the Claimant, Kevin Clements, or other Claimants that may appear,

shall conduct the examination and such examination shall relate only to the Debtor's accounts, conduct, financial affairs, and the property of the Debtor which may affect the administration of the Debtor's Estate.

DONE AND ORDERED in Chambers at Pensacola, Florida, this 17th day of August, 2012.

/s/ Karen K. Specie
HONORABLE Karen K. Specie

Copies To:
All Parties on the Mailing Matrix

## **EXHIBIT "A"**

1.Any and all cancelled checks or drafts on any and all of the Debtor's accounts, checking, or savings accounts or share accounts, for the past three (3) years.

2.Any and all cancelled checks or drafts for the past three (3) years on any and all of the bank accounts, checking or savings accounts, or share accounts, on which the Debtor has or had signatory authority, including but not limited to all accounts of Cedar Tree Homes, LLC, Crooked Creek Ventures, LLC, and River Camp Holdings, LLC.

3.All of the Debtor's banking records or credit union records, including, but not limited to bank statements, quarterly statements, cancelled checks, savings account passbooks, certificates of deposit and promissory notes for the past three (3) years.

4.All of the Debtor's Federal Income Tax Returns for the past three (3) years, together with supporting documents and any and all schedules.

5.Original or copies of any and all books of account, ledgers, journals, records, deeds, real estate contracts, list of bonds owned, notes, mechanic's liens, building and loan savings accounts belonging to the Debtor and/or other person holding any such accounts in trust on the Debtor's behalf.

6.Records of all investments made or held by the Debtor during the past three (3) years, including but not limited to stock certificates, bond indentures or evidence of ownership of any securities owned by the Debtor or on the Debtor's behalf.

7.All contracts, deeds, deeds of trust, promissory notes, mortgages, letters or other documents of any type which in any way relate to any ownership interest or leasehold interest that the Debtor now has or has had in any real estate at any time in the past three (3) years.

8.All certificates of title and other indications of ownership or lease of any personal property, including but not limited to all titles to any cars, trucks, boats, tractors, airplanes, golf carts, motorcycles, or construction equipment owned by the Debtor or owned by the Debtor within the past three (3) years.

9. All papers, records, and documentation pertaining to debts owed to the Debtor by others.

10. All papers, records, and documentation pertaining to debts owed by the Debtor to others.

11. Copies of all financial statements furnished by the Debtor, issued by the Debtor or for the Debtor for the past three (3) years.

12. Copies of any assumed name registration on file on the Debtor's behalf over the past three (3) years.

13. Copies of Articles of Incorporation, Bylaws, Corporate Minute Book, Stock Transfer Ledger, and Shareholder Agreements, if any, for all corporations in which the Debtor has held any equity interest or managed in the last three (3) years.

14. Copies of the organizational documents, including partnerships agreements, operating agreements, and any other such document for any limited liability company, partnership, or other business organization in which the Debtor has held an equity interest or managed in the last three (3) years.

15. All other documentation and information as may be necessary to disclose fully all property and assets in which the Debtor has, or had an interest.

16. Copies of all tangible personal property tax returns filed by Debtor in the last three (3) years.

17. Records of all tangible personal property taxes paid by Debtor in the last three (3) years.

18. Records of all tangible personal property owned, leased, or sold by Debtor in the last three (3) years, including any personal property that has been repossessed or against which there are proceedings for repossession.

19. Copies of all appraisals, bills of lading, invoices, or other documents

4

to show the value of the "Art Objects" listed in the Debtor's Petition.

        20.    Copies of all documentation that relates to the change in the Debtor's position from managing member to manager of Cedar Tree Homes, LLC.

        21.    Copies of all employment agreements of the Debtor.